denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ. [See *ante*, p. 816.]

HENRI PLESSNER v. CONTINENTAL CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 971.]

In the Matter of the Probate of an Instrument Purporting to be the Will of TIMOTHY F. McCARTHY, Deceased. BEATRICE McCARTHY; JAMES F. EGAN, as Public Administrator of New York County, et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 145.]

In the Matter of the Estate of TIMOTHY F. McCARTHY, Deceased. BEATRICE McCARTHY; JAMES F. EGAN, as Public Administrator of New York County, et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 145.]

## (June 20, 1945.)

FRANCIS X. KELLY, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., Appellant.— Order unanimously reversed and the motion granted to the extent of allowing the defendant six months from the date of this decision to obtain the deposition of the necessary witness. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THOMAS McCORMACK et al., Respondents, v. LINCOLN TRANSIT Co., Appellant.— Order unanimously reversed and the motion granted to the extent of allowing the defendant six months from the date of this decision to obtain the deposition of the necessary witness. No opinion. Settle order on notice Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (June 27, 1945.)

In the Matter of ACORN EMPLOYMENT SERVICE, INC., Petitioner, against PAUL Moss, as Commissioner of Licenses of the City of New York, Respondent.

*Per Curiam.* The petitioner has done nothing illegal or immoral in demanding payment of a fee which it believes it was entitled to under the law. In the circumstances of this case there was no basis for the action taken by the Commissioner of Licenses. The determination should be annulled, with $50 costs and disbursements to the petitioner.

Martin, P. J., Townley, Glennon and Cohn, JJ., concur; Callahan, J., dissents and votes to confirm the determination on the ground that, since the parties have both joined issue on the question of the construction of the statute as to the proper fee to be charged, this court should determine that issue and hold that the statute was properly construed by the commissioner.

Determination annulled, with $50 costs and disbursements to the petitioner. Settle order on notice.